IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DAVID H. GOSS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:04-CV-78 (CAR) |
| | : | |
| **DEPARTMENT OF THE AIR FORCE** | : | |
| **AGENCY and JAMES G. ROCHE,** | : | |
| | : | |
| **Defendants.** | : | |

*ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION*

Before the Court is Plaintiff's Supplement to the Notice of Appeal [Doc. 44], which the Court construes as a Motion for Reconsideration of the Court's Order of Dismissal entered on March 29, 2005 [Doc. 37] due to the relief sought in paragraph 3 of this motion where he asks the Court for reconsideration and references the Court's Order to Dismiss.   A motion for reconsideration is a proper vehicle to invoke a district court's authority to modify or vacate its prior orders. Brogdon v. National Healthcare Corporation, 103 F. Supp. 1322, 1338 (N.D. Ga. 2000).  As such, the Local Rules provide that "whenever a party . . . believes that it is absolutely necessary to file a motion to reconsider an order or judgment," a motion may be filed with the Clerk of the Court "within ten (10) days after entry of the order or judgment." M.D. Ga. L.R. 7.6.  In this instant case, Plaintiff moves the Court to reconsider an Order entered on March 29, 2005, and Plaintiff's Motion

1

for Reconsideration was filed on April 28, 2005.  Plaintiff has not met the ten-day time restraint imposed on motions for reconsideration, and thus, his motion is **DENIED** as untimely.

**SO ORDERED** this 1st day of July, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

LTH/jec